Corey LEWIS, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 47, 2016

Supreme Court of Delaware.

Submitted: March 4, 2016
Decided: April 26, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1306017893

AFFIRMED.

Kenneth COBLE, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 28, 2016

Supreme Court of Delaware.

Submitted: March 8, 2016
Decided: April 28, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1004005380

AFFIRMED.

Joseph HINEMAN, Plaintiff
Below–Appellant,

v.

Paul IMBER, D.O. and, Ear, Nose, Throat, and Allergy Associates, LLC, a Delaware company, Defendants Below–Appellees.

No. 229, 2015

Supreme Court of Delaware.

Submitted: April 27, 2016
Decided: April 28, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. N10C-03-014

AFFIRMED.